540 U.S. 924
 GARCIA-SALAZAR
v.
UNITED STATES.
GARCIA HERNANDEZ
v.
UNITED STATES.
HERNANDEZ-ENRIQUEZ, AKA GUZMAN-BUSTAMANTE
v.
UNITED STATES.
ROBLEDO-ARECHAR
v.
UNITED STATES.
VALENZUELA-DE LA CRUZ, AKA QUINTANA-DE LA CRUZ, AKA QUINTANA-VALENZUELA
v.
UNITED STATES.
HERNANDEZ-ALVAREZ, AKA TORRES-SANCHEZ
v.
UNITED STATES.
MARTINEZ-GARZA, AKA MARTINEZ-MARTINEZ
v.
UNITED STATES.
TISCARENO-REYES, AKA SANCHEZ-REYES
v.
UNITED STATES; and
REYNA-ROMO
v.
UNITED STATES.
 No. 03-5742.
 Supreme Court of United States.
 October 6, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 67 Fed. Appx. 244 (first through eighth judgments) and 247 (ninth judgment).